UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 10-38-GFVT |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| MELISSA POWERS, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommended Disposition (also known as a Report and Recommendation or "R&R") [R. 34] filed by United States Magistrate Judge Hanly A. Ingram. Defendant Melissa Powers allegedly violated the terms of her supervised release, and a summons issued based on those alleged violations. [R. 26.] This matter was then referred to Judge Ingram to conduct a final revocation hearing and recommend a proposed disposition of the matter. [R. 30.]

Pursuant to the referral order, Judge Ingram conducted a final revocation hearing on August 1, 2011 [R. 33]. At this hearing, Powers stipulated to the proposed violations. Shortly thereafter, Judge Ingram issued his R&R, recommending a revocation term of imprisonment of fourth months followed by two years of supervised release. [R. 34 at 5.] The R&R directs the parties' attention to the relevant statute which requires any objections to be filed within fourteen (14) days of service. *See* 28 U.S.C. § 636(b)(1). As of this date, neither party has filed objections nor sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of a

recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and it agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Recommended Disposition [R. 34] is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Melissa Powers is found to have violated the terms of her Supervised Release as set forth in Violation Numbers 1, 2, 3, and 4 of the Petition and the Addendum to the Petition filed by the United States Probation Office ("USPO");

3. The Defendant's Supervised Release is **REVOKED;**

4. Defendant Melissa Powers is **SENTENCED** to the custody of the Bureau of Prisons for a term of imprisonment of **four (4) months**;[1]

5. The Defendant is further sentenced to an additional supervised release term of two years. The supervision terms should be the same as those originally imposed by the Court's prior Judgment [R. 23]; and

---

[1] The Court notes that the Defendant filed a Waiver of her right to allocute before the district court. [R. 35.]

6. Judgment shall be entered concurrently herewith.

This the 30th day of August, 2011.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge